In Re Application of JAMES L. TRYON for Admission to the Bar.

Cumberland County. Decided January 3, 1916. It is the opinion of a majority of the court that an applicant for admission to the

bar may be admitted under the provisions of Revised Statutes, chapter 81, section 24, although he is not a resident of this State, provided he possesses the other statutory qualifications. And it is held that the applicant, so far as the question of residence is concerned, is entitled to be admitted to the bar of this State. So ordered. *George E. Fogg,* for applicant. *Clarence W. Peabody, and Philip G. Clifford,* for bar examiners.